cjf

CG/JW: USAO#2017R00842

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 MAR 22 PM 5:01

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. ELH 18-017 |
| v. | |
| PATRICK SMITH, a/k/a "Pee" | Conspiracy to Distribute and Possess with Intent to Distribute Heroin, 21 U.S.C. 846; Possession of a Firearm by a Prohibited Person, 18 U.S.C. 922(g)(1); Possession with Intent to Distribute Heroin, 21 U.S.C. 841(a); Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. 924(c) |
| SHAWN JACKSON, | |
| ALVIN CUNNINGHAM, a/k/a "Ock" | |
| DAVID FAISON, | |
| DEVONTI ROSEBOROUGH | |
| ARKEM LORIE | |
| WAYNE MARTIN | |
| DANIEL RILEY, | |
| SHAWN SMITH | |
| JACOBY WALKER, | |
| WILLIAM ROBINSON | |
| EMMANUEL CANNON | |
| DWIGHT CARTER | |
| JAMES GRAVES | |
| COTRICE JOHNSON | |
| ALBERT KEARNEY | |
| DAVID LOFTON | |
| CURTIS MORTEN | |
| REGINALD PARROTT a/k/a "Scooby" | |

## SUPERSEDING INDICTMENT

### COUNT ONE
(Conspiracy to Distribute and Possess with Intent to Distribute Heroin)

The Grand Jury for the District of Maryland charges that:

From in or about March 1, 2017 and continuing until on or about the January 1, 2018, in the District of Maryland and elsewhere, the defendants,

**PATRICK SMITH,**
a/k/a "Pee"
**SHAWN JACKSON,**

1

cjf

**DAVID FAISON,**
**DEVONTI ROSEBOROUGH**
**JACOBY WALKER,**
**DANIEL RILEY,**
**ALVIN CUNNINGHAM,**
a/k/a "Ock"
**WAYNE MARTIN**
**ARKEM LORIE**
**SHAWN SMITH**
**WILLIAM ROBINSON**
**EMMANUEL CANNON**
**ALBERT KEARNEY**
**DWIGHT CARTER**
**DAVID LOFTON**
**JAMES GRAVES**
**COTRICE JOHNSON**
**CURTIS MORTEN**
**REGINALD PARROTT**
a/k/a "Scooby"

did knowingly and willfully combine, conspire, confederate and agree with each other and others known and unknown to the Grand Jury to distribute and possess with intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 846

## COUNT TWO
### (Possession of Firearm by a Prohibited Person)

The Grand Jury for the District of Maryland further charges that:

On or about February 23, 2017, in the District of Maryland, the defendant,

**ALBERT KEARNEY,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, that is, a Smith and Wesson, 37-2, .38 SPL, revolver, bearing serial number BKR0204; and rounds of Federal, .38 Special, jacketed, hollow point, ammunition.

18 U.S.C. § 922(g)(1).

## COUNT THREE
(Possession with Intent to Distribute Heroin)

The Grand Jury for the District of Maryland further charges that:

On or about February 23, 2017, in the District of Maryland, the defendant,

**ALBERT KEARNEY,**

did knowingly and intentionally possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT FOUR
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about February 23, 2017, in the District of Maryland, the defendant,

### ALBERT KEARNEY,

did knowingly possess a firearm, specifically a Smith and Wesson .38 caliber revolver, bearing serial number BKR0204, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute heroin as charged in Count Three of this Superseding Indictment.

18 U.S.C. § 924(c)
18 U.S.C. § 2

## COUNT FIVE
### (Possession of Firearm by a Prohibited Person)

The Grand Jury for the District of Maryland further charges that:

On or about August 1, 2017, in the District of Maryland, the defendant,

**ALVIN CUNNINGHAM,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, that is, a Colt .38 caliber S&W revolver, bearing serial number 156712, and six rounds of R-9 .38 S&W LRN ammunition.

18 U.S.C. § 922(g)(1).

## COUNT SIX
**(Possession with Intent to Distribute Heroin)**

The Grand Jury for the District of Maryland further charges that:

On or about September 12, 2017, in the District of Maryland, the defendant,

**SHAWN JACKSON,**

did knowingly and intentionally possess with the intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT SEVEN
### (Possession of Firearm by a Prohibited Person)

The Grand Jury for the District of Maryland further charges that:

On or about October 16, 2017, in the District of Maryland, the defendant,

**DAVID FAISON,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess, in and affecting interstate commerce, firearms and ammunition, that is, (1) a Taurus .40 caliber semi-automatic pistol, bearing serial number SZL70420, and nine rounds of Winchester .40 caliber ammunition; and (2) a Bryco .22 Long Rifle, semi-automatic pistol, bearing serial number 692181.

18 U.S.C. § 922(g)(1).

## COUNT EIGHT
### (Possession of Firearm by a Prohibited Person)

The Grand Jury for the District of Maryland further charges that:

On or about October 26, 2017, in the District of Maryland, the defendant,

### PATRICK SMITH,

having been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess, in and affecting interstate commerce, firearms and ammunition, that is (1) a Smith and Wesson, semi-automatic .9mm Luger pistol, bearing serial number TZT3496, and fourteen rounds of G.F.L. Luger FMJ 9mm ammunition; and (2) a Glock semi-automatic .40 caliber pistol, and eleven rounds of S&W FMJ .40 caliber ammunition.

18 U.S.C. § 922(g)(1).

## COUNT NINE
### (Possession with Intent to Distribute Heroin)

The Grand Jury for the District of Maryland further charges that:

On or about October 26, 2017, in the District of Maryland, the defendant,

### PATRICK SMITH,

did knowingly and intentionally possess with the intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT TEN
**(Possession of a Firearm in Furtherance of Drug Trafficking)**

The Grand Jury for the District of Maryland further charges that:

On or about October 26, 2017, in the District of Maryland, the defendant,

**PATRICK SMITH,**

did knowingly possess firearms, specifically (1) a Smith and Wesson, semi-automatic .9mm Luger pistol, bearing serial number TZT3496; and (2) a Glock semi-automatic .40 caliber pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute heroin as charged in Count Eight of this Superseding Indictment.

18 U.S.C. § 924(c)
18 U.S.C. § 2

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), as a result of the defendant's conviction under Count One of the Indictment.

2. As a result of the offense alleged in Count Two of this Superseding Indictment, the defendant,

**ALBERT KEARNEY,**

shall forfeit to the United States the firearm involved in the commission of the offense a Smith and Wesson, 37-2, .38 SPL, revolver, bearing serial number BKR0204; and rounds of Federal, .38 Special, jacketed, hollow point, ammunition.

18 U.S.C. § 924(d)
Fed. R. Crim. P. 32.2(a)

3. As a result of the offense alleged in Count Five of this Superseding Indictment, the defendant,

**ALVIN CUNNINGHAM,**

shall forfeit to the United States the firearm involved in the commission of the offense a Colt .38 caliber S&W revolver, bearing serial number 156712, and six rounds of R-9 .38 S&W LRN ammunition.

18 U.S.C. § 924(d)
Fed. R. Crim. P. 32.2(a)

cjf

4. As a result of the offense alleged in Count Seven of this Superseding Indictment, the defendant,

**DAVID FAISON,**

shall forfeit to the United States the firearm involved in the commission of the offense (1) a Taurus .40 caliber semi-automatic pistol, bearing serial number SZL70420, and nine rounds of Winchester .40 caliber ammunition; and (2) a Bryco .22 Long Rifle, semi-automatic pistol, bearing serial number 692181.

18 U.S.C. § 924(d)
Fed. R. Crim. P. 32.2(a)

5. As a result of the offense alleged in Count Eight of this Superseding Indictment, the defendant,

**PATRICK SMITH,**

shall forfeit to the United States the firearms involved in the commission of the offense: (1) a Smith and Wesson, semi-automatic .9mm Luger pistol, bearing serial number TZT3496, and fourteen rounds of G.F.L. Luger FMJ 9mm ammunition; and (2) a Glock semi-automatic .40 caliber pistol, and eleven rounds of S&W FMJ .40 caliber ammunition.

18 U.S.C. § 924(d)
Fed. R. Crim. P. 32.2(a)

Stephen M. Schenning
Acting United States Attorney

A True Bill:

**SIGNATURE REDACTED**

Foreperson

Date 3/22/18